**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.facebook.com/photo.php?fbid=562040022403542&set=pb.100057926485268.-2207520000.&type=3



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.facebook.com/photo.php?fbid=568485341759010&set=pb.100057926485268.-2207520000.&type=3



**EXHIBIT 2:** INFRINGEMENT #3

URL: https://www.facebook.com/photo.php?fbid=668069558467254&set=pb.100057926485268.-2207520000.&type=3



**EXHIBIT 2:** INFRINGEMENT #4
URL:
https://twitter.com/thexpwwrestling/status/1580726058055106561?s=46&t=OUvt_0xZlYK7gYeTeBAIqw



**EXHIBIT 2:** INFRINGEMENT #5

URL: https://www.instagram.com/p/Cjqzkw6P2yN/?igshid=MDE2OWE1N2Q%3D



**EXHIBIT 2:** INFRINGEMENT #6

URL: https://www.instagram.com/tv/Cj1p5JLDsF2/?igshid=YmMyMTA2M2Y%3D



**EXHIBIT 2:** INFRINGEMENT #7

URL: https://www.instagram.com/p/CkuPWlXu9pb/?igshid=YmMyMTA2M2Y%3D



**EXHIBIT 2:** INFRINGEMENT #8

URL: https://www.instagram.com/p/CkyTDELOO0Z/?igshid=YmMyMTA2M2Y%3D

