# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN DAVIS,<br><br>           Plaintiff,<br><br>v.<br><br>XPW WRESTLING INC.,<br><br>           Defendant. | **REQUEST FOR CLERK'S CERTIFICATE OF ENTRY OF DEFAULT**<br><br>Civil Case No.: 5:23-cv-00675-FJS-ATB |

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Alan Davis ("*Plaintiff*") hereby requests a Clerk's certificate of entry of default against XPW Wrestling Inc. In support of this request, Plaintiff affirms that the party against whom the judgment is sought:

1. is not an infant or incompetent person;

2. is not in the military service;

3. was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4. has defaulted in appearance in the above captioned action

DATED: July 21, 2023

           **SANDERS LAW GROUP**

           By:   */s/ Craig Sanders*
           Craig Sanders, Esq.
           333 Earle Ovington Blvd, Suite 402
           Uniondale, NY
           Tel: (516) 203-7600
           Email: csanders@sanderslaw.group
           File No.: 126712
           *Attorneys for Plaintiff*