# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Alan Davis

      vs.　　　　　　　　　　　　　　CASE NUMBER: **5:23-cv-675 (FJS/ATB)**

XPW Wrestling Inc.

      I, JOHN M. DOMURAD, CLERK, by Kathy Rogers, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 21st day of July, 2023 against XPW Wrestling Inc..

Dated:  ___July 21, 2023___

*[signature]*
Clerk of Court

By: s/ Kathy Rogers

Deputy Clerk